# EXHIBIT 1

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2012-01-17 13:26:57 ET

**Serial Number:** 75776712 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2551246

**Mark (words only):** WORLD CHESS HALL OF FAME

**Standard Character claim:** No

**Current Status:** A Section 8 declaration has been accepted.

**Date of Status:** 2008-03-31

**Filing Date:** 1999-08-13

**Transformed into a National Application:** No

**Registration Date:** 2002-03-19

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 116

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2008-03-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trustees of the U.S. Chess Trust, The

**Composed Of:**
Harold Dondis, Robert J. McCrary, Peter Nixon, Sid Samole, Tim Redman, James Oberweis, Steven Doyle, Arnold Denker, Tom Maser and Harold Winston, all U.S. citizens
**Address:**
Trustees of the U.S. Chess Trust, The
c/o U.S. Chess Federation 7 Winding Hills Dr
Wallkill, NY 12589
United States
**Legal Entity Type:** Trust
**State or Country Where Organized:** Massachusetts

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
MUSEUMS; PROVIDING AN EXHIBITION HALL FOR HONORING OUTSTANDING CHESS PLAYERS
**Basis:** 1(a)
**First Use Date:** 2001-04-00
**First Use in Commerce Date:** 2001-04-00

## ADDITIONAL INFORMATION

**Disclaimer:** "HALL OF FAME"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-31 - Section 8 (6-year) accepted

2008-03-17 - TEAS Section 8 Received

2007-05-21 - Case File In TICRS

2004-04-16 - TEAS Change Of Correspondence Received

2002-03-19 - Registered - Supplemental Register

2001-12-14 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2001-12-14 - Amendment to Use approved

2001-12-14 - Assigned To Examiner

2001-12-03 - Assigned To Examiner

2001-07-09 - Communication received from applicant

2001-10-17 - Amendment To Use Processing Complete

2001-07-09 - Use Amendment Filed

2001-01-09 - Final refusal mailed

2000-06-15 - Communication received from applicant

1999-12-13 - Non-final action mailed

1999-11-26 - Assigned To Examiner

1999-11-17 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DONALD C. LUCAS

**Correspondent**
DONALD C. LUCAS
LUCAS & MERCANTI, LLP
475 Park Avenue South
NEW YORK NY 10016
Phone Number: 2126618000
Fax Number: 2126618002

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,551,246
Registered Mar. 19, 2002

## SERVICE MARK
### SUPPLEMENTAL REGISTER

### WORLD CHESS HALL OF FAME

TRUSTEES OF THE U.S. CHESS TRUST, THE (MASSACHUSETTS TRUST)
C/O U.S. CHESS FEDERATION
3054 NYS ROUTE 9W
NEW WINDSOR, NY 12553

FOR: MUSEUMS; PROVIDING AN EXHIBITION HALL FOR HONORING OUTSTANDING CHESS PLAYERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALL OF FAME", APART FROM THE MARK AS SHOWN.

SER. NO. 75-776,712, FILED P.R. 8-13-1999; AM. S.R. 7-9-2001.

ANDREW BENZMILLER, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 75776712 | **Filing Dt:** 08/13/1999 | **Reg #:** 2551246 | **Reg. Dt:** 03/19/2002 |
| **Registrant:** Trustees of the U.S. Chess Trust, The | | | |
| **Mark:** WORLD CHESS HALL OF FAME | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4696/0314 | **Received:** 01/11/2012 | **Recorded:** 01/11/2012 | **Pages:** 6 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |

| | | |
|---|---|---|
| **Assignor:** THE TRUSTEES OF THE U.S. CHESS TRUST, A MASSACHUSETTS TRUST | **Exec Dt:** 01/05/2012 | |
| | **Entity Type:** TRUST | |
| | **Citizenship:** MASSACHUSETTS | |
| **Assignee:** WORLD CHESS MUSEUM, INC. | **Entity Type:** NON-PROFIT CORPORATION | |
| **DBA/AKA/TA:** DBA WORLD CHESS HALL OF FAME | **Citizenship:** MISSOURI | |
| 4652 MARYLAND AVENUE | | |
| SAINT LOUIS, MISSOURI 63108 | | |
| **Correspondent:** MATTHEW G. MINDER | | |
| 211 NORTH BROADWAY, SUITE 3600 | | |
| SAINT LOUIS, MO 63102 | | |

Search Results as of: 01/17/2012 01:30 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3
Web interface last modified: Dec 1, 2011 v.2.3

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2012-01-17 13:31:08 ET

**Serial Number:** 75687868  Assignment Information          Trademark Document Retrieval

**Registration Number:** 2472756

**Mark (words only):** U.S. CHESS HALL OF FAME AND MUSEUM

**Standard Character claim:** No

**Current Status:** A Section 8 declaration has been accepted.

**Date of Status:** 2008-02-16

**Filing Date:** 1999-04-22

**Transformed into a National Application:** No

**Registration Date:** 2001-07-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** M40 -TMO Law Office 113

**Date In Location:** 2011-12-19

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. The Trustees of the U.S. Chess Trust, a Massachusetts Trust, the trustees comprising Harold Dondis, Robert J. McCrary, Peter Nixion, Sid Samole, Tim Redman, James Oberweis, Steven Doyle, Arnold Denker, Tom Maser and Harold Winston, all U.S. citizens

**Composed Of:**
comprising Harold Dondis, Robert J. McCrary, Peter Nixon, Sid Samole, Tim Redman, James Oberweis, Steven Doyle, Arnold Denker, Tom Maser and Harold Winston, all U.S. citizens
**Address:**
The Trustees of the U.S. Chess Trust, a Massachusetts Trust, the trustees comprising Harold Dondis, Robert J. McCrary, Peter Nixion, Sid Samole, Tim Redman, James Oberweis, Steven Doyle, Arnold Denker, Tom Maser and Harold Winston, all U.S. citizens
P.O. Box 3967
CROSSVILLE, TN 38557

United States
**Legal Entity Type:** Trust
**State or Country Where Organized:** Massachusetts

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Museums; providing an exhibition hall for honoring outstanding chess players
**Basis:** 1(a)
**First Use Date:** 1986-08-00
**First Use in Commerce Date:** 1986-08-00

## ADDITIONAL INFORMATION

**Disclaimer:** "HALL OF FAME MUSEUM"

**Prior Registration Number(s):**
1710938

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-12-19 - Combined Section 8 (10-year)/Section 9 filed

2011-12-08 - TEAS Response To Office Action-Post Reg Received

2011-10-03 - Post Registration action mailed Sections 8 & 9

2011-07-08 - TEAS Section 8 & 9 Received

2008-02-16 - Section 8 (6-year) accepted

2008-02-04 - Assigned To Paralegal

2008-01-31 - TEAS Section 8 Received

2007-02-20 - Case File In TICRS

2004-05-12 - TEAS Change Of Correspondence Received

2001-07-31 - Registered - Principal Register

2001-05-08 - Published for opposition

2001-04-25 - Notice of publication

2001-02-13 - Approved for Pub - Principal Register (Initial exam)

2000-11-17 - Communication received from applicant

2000-09-18 - Final refusal mailed

2000-09-15 - Assigned To Examiner

2000-06-14 - Communication received from applicant

2000-03-06 - Communication received from applicant

1999-09-13 - Non-final action mailed

1999-08-27 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Donald C. Lucas

**Correspondent**
Donald C. Lucas
LUCAS & MERCANTI, LLP
15TH FLOOR
475 PARK AVENUE SOUTH
NEW YORK NY 10016
Phone Number: 212-661-8000
Fax Number: 212-661-8002

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,472,756
Registered July 31, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## U.S. CHESS HALL OF FAME AND MUSEUM

THE TRUSTEES OF THE U.S. CHESS TRUST, A MASSACHUSETTS TRUST, THE TRUSTEES COMPRISING HAROLD DONDIS, ROBERT J. MCCRARY, PETER NIXION, SID SAMOLE, TIM REDMAN, JAMES OBERWEIS, STEVEN DOYLE, ARNOLD DENKER, TOM MASER AND HAROLD WINSTON, ALL U.S. CITIZENS (MASSACHUSETTS TRUST)
C/O U.S. CHESS FEDERATION
3054 NYS ROUTE 9W
NEW WINDSOR, NY 12552

FOR: MUSEUMS; PROVIDING AN EXHIBITION HALL FOR HONORING OUTSTANDING CHESS PLAYERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

OWNER OF U.S. REG. NO. 1,710,938.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALL OF FAME MUSEUM", APART FROM THE MARK AS SHOWN.

SER. NO. 75-687,868, FILED 4-22-1999.

LAURIEL DALIER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 75687868 | **Filing Dt:** 04/22/1999 | **Reg #:** 2472756 | **Reg. Dt:** 07/31/2001 |

**Registrant:** The Trustees of the U.S. Chess Trust, a
**Mark:** U.S. CHESS HALL OF FAME AND MUSEUM

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4696/0314 | **Received:** 01/11/2012 | **Recorded:** 01/11/2012 | **Pages:** 6 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** THE TRUSTEES OF THE U.S. CHESS TRUST, A MASSACHUSETTS TRUST
  **Exec Dt:** 01/05/2012
  **Entity Type:** TRUST
  **Citizenship:** MASSACHUSETTS

**Assignee:** WORLD CHESS MUSEUM, INC.
  **DBA/AKA/TA:** DBA WORLD CHESS HALL OF FAME
  4652 MARYLAND AVENUE
  SAINT LOUIS, MISSOURI 63108
  **Entity Type:** NON-PROFIT CORPORATION
  **Citizenship:** MISSOURI

**Correspondent:** MATTHEW G. MINDER
  211 NORTH BROADWAY, SUITE 3600
  SAINT LOUIS, MO 63102

Search Results as of: 01/17/2012 01:32 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3
Web interface last modified: Dec 1, 2011 v.2.3

| .**HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT** |



# World Chess Hall of Fame

# The World Chess Hall of Fame and Museum was created in 1984 United States Chess Federation.

The World Chess Hall of Fame inductees are nominated by representatives of the World Chess Federation (FIDE).

## 2001



**Jose Raul Capablanca**



**Robert (Bobby) James Fischer**



**Emanuel Lasker**



**Paul Charles Morphy**



**Willhelm (William) Steinitz**

---

## 2003



**Mikhail Botvinnik**



**Tigran Petrosian**



**Vasily Smyslov**



**Boris Spassky**



**Mikhail Tal**

4652 Maryland Avenue St. Louis, Missouri 63108 **map**
email **info@worldchesshof.org**
tel 314-367-WCHF (9243)

© 2011. All Rights Reserved.



# World Chess Hall of Fame

# The World Chess Hall of Fame and Museum was created in 1984 United States Chess Federation.

The World Chess Hall of Fame inductees are nominated by representatives of the World Chess Federation (FIDE).

## 2004



**Alexander Alekhine**



**Machgielis (Max) Euwe**



**Anatoly Karpov**

## 2005



Garry Kasparov

## 2008



Siegbert Tarrasch

## 2011



Vera Menchik

4652 Maryland Avenue St. Louis, Missouri 63108 **map**
email **info@worldchesshof.org**
tel 314-367-WCHF (9243)

© 2011. All Rights Reserved.