# EXHIBIT 2

Case: 4:12-cv-00089-CEJ     Doc. #: 1-2     Filed: 01/17/12     Page: 2 of 21 PageID #: 37



^ Click here to remove ads!  | Report ^

Register | Help | Login

 Search

PLAY     LEARN     READ     FORUMS     RESOURCES     MEMBERS     GROUPS     LOCAL     FUN

## World Chess Federation Hall of fame now open in Las Vegas

2Share

Submitted by GrandMasterVaughan     on Fri, 07/08/2011 at 10:28am.          « Blogs home

World Chess Federation (R trademark) is now pleased to announce that the World Chess Federation Hall of Fame is now open in Las Vegas. To see the 37 official inductees of the World Chess Federation Hall of Fame, one can go to www.wcfchess.com to view the entire list of inductees. The museum has memorabilia of Bobby Fischer and many others.



» posted in GrandMasterVaughan's Blog          ☆ SHARE ▄▀▐▐▐  | 75 reads | 0 comments

^ Back to top

## Add your comment:

Join Chess.com for free to add your comment! Already a member? Then login now to comment.

### KnowBEFORE you buy.
Learn which products are the top rated.
SUBSCRIBE NOW
ConsumerReports.org

^ Click here to remove ads!  | Report ^

**GrandMasterVaughan**
United States

View complete profile

Search this Blog

Search »

### Most recent blogs

WCF July 2011 rating list now published
2 days ago

World Chess Federation Hall of fame now open in Las Vegas
2 days ago

Eh? Excuse me? Please repeat that huh? USCF to hold their US Open in Vancouver
3 days ago

Who is the new King of Chess City, Kalmykia?
4 days ago

Ilyumzhinov celebrates July 4th meeting with Ghaddafi in Libya
5 days ago

RSS



^ Click here to remove ads!  | Report ^

Home | Spread the Word | Video Tour | About | FAQs | Help & Support
Site Map | Privacy Policy | Legal | © 2011 Chess.com



Case: 4:12-cv-00089-CEJ     Doc. #: 1-2     Filed: 01/17/12     Page: 3 of 21 PageID #: 38



Search the web

# World Chess Federation
## THE WORLD CHESS CHAMPIONSHIP

About Us

Ratings

Events

News

Chess Academy

Stan Vaughan Chess Academy

Contact Us

Shop

Site Map

**Home**

   **WCF Hall of Fame**

## WORLD CHESS FEDERATION HALL OF FAME



(1) ALA'ADDIN AT TABRIZI (AKA ALADDIN) - WCF "The World Chess Champion" for 1369-1405. Samarkand, modern day Uzbekistan. Tamerlane: "You have no rival in the Kingdom of Chess." Aladdin could play on 4 boards simultaneously blindfolded.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 4 of 21 PageID #: 39



(2) CHARLES THE BOLD - WCF "The World Chess Champion" for 1460-1477. Modern day France. Reputation as the best and most skillful chess player of his time.



no image available. Image is from Castellvi vs. Vinoles- Barcelona 1485
(3) FRANCI DE CASTELLVI - WCF "The World Chess Champion" for 1477-1506. Spain.



Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 5 of 21 PageID #: 40

(4) LUIS RAMIREZ DE LUCENA - WCF "The World Chess Champion" for 1506-1530. Spain.



(5) PEDRO DAMIANO - WCF "The World Chess Champion" for 1530-1544. Portugal.



(6) RUY LOPEZ DE SEGURA -AKA "The Man in the Red Beret" a la JUDE ACERS of New Orleans, Louisiana fame- WCF "The World Chess Champion" for 1559-1574. Spain.



(7) LEONARDO DI BONA DA CUTRI - WCF "The World Chess Champion" for 1574-1587. Modern day Italy. Defeated Ruy Lopez de Segura in a match at Madrid as pictured above.



(8) PAOLO BOI - WCF "The World Chess Champion" for 1587-1598. Modern day Italy. He also had defeated Lopez de Segura in 1575.



(9) ALLESANDRO SALVIO - WCF "The World Chess Champion" for 1598-1620. Modern day Italy. He defeated Paolo Boi in 1598.



(10) GIOACCHINO GRECO - WCF "The World Chess Champion" for 1620-1634. He defeated Allesandro Salvio. Modern day Italy. Died in the West Indies.



(11) ALESSANDRO SALVIO - WCF "The World Chess Champion" for 1634-1640 after the death of Greco in 1634. Modern day Italy.



(12) PIETRO CARRERA - WCF "The World Chess Champion" from 1640-1647 after the death of Salvio and until his own death in 1647. Modern day Italy. He had defeated Gerolamo Cascio whom had defeated Polerio whom had defeated Ruy Lopez de Segura.

EUCLIDES
AB OMNI NÆVO VINDICATUS;
SIVE
CONATUS GEOMETRICUS
QUO STABILIUNTUR
Prima ipsa universæ Geometriæ Principia.
AUCTORE
HIERONYMO SACCHERIO
SOCIETATIS JESU
In Ticinensi Universitate Matheseos Professore.
OPUSCULUM
EX.MO SENATUI
MEDIOLANENSI
Ab Auctore Dicatum.
MEDIOLANI, MDCCXXXIII.

Case: 4:12-cv-00089-CEJ     Doc. #: 1-2     Filed: 01/17/12     Page: 7 of 21 PageID #: 42

(13) GIOVANNI GIROLAMO SACCHERI - WCF "The World Chess Champion" for 1694-1733. Modern day Italy. He could play on 4 boards simultaneously blindfold to perfection.



(14) LEGALL DE KERMEUR - WCF "The World Chess Champion" from 1733 to 1755.  France.



(15) FRANCOIS PHILIDOR - WCF "The World Chess Champion" from 1755-1795 after defeating Legall de Kermeur in a match in 1755 until his death in 1795.  France and England (after the French Revolution, as King's court musician, he was persona non grata in France and died in exile in England, unable to return to his native France.



(16) DOMENICO ERCOLE DEL RIO - WCF "The World Chess Champion" for 1795 after the death of Philidor until his own death in 1802. Modern day Italy. Had reputation as "The devil who could never be beaten."



(17) VERDONI - WCF "The World Chess Champion" from 1802after the death of Del Rio until his own death in 1804.  England. Philidor alleged that Verdoni was the next best player in Europe after himself. Having moved with Philidor to England as a result of the French Revolution, he lived in England for the remainder of his life as did Philidor.



Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 9 of 21 PageID #: 44

(18) JOHANN ALLGAIER- AKA "The German Philidor". WCF "The World Chess Champion from 1804-1823. Modern day Austria. He won a match for 1500 florins(=$792 dollars) in 1780 after which he was considered the strongest player from Vienna. The picture above features him as the player behind the automaton "The Turk", defeating Napoleon here in 1809 in Vienna.



LA BOURDONNAIS

(19) LOUIS CHARLES MAHE DE LABOURDONNAIS - WCF "The World Chess Champion" for 1823-1836. France and England, where he died and is buried.



(20) JOZSEF SZEN AKA "The Hungarian Philidor". WCF "The World Chess Champion from 1836-1839. Modern day Hungary. Szen, after defeating LaBourdonnais 13-12 in an odds match, then challenged LaBourdonnais, putting up $200 francs to play a match with LaBourdonnais but LaBourdonnais decided to default.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 10 of 21 PageID #: 45



Carl Mayet.

(21) KARL MAYET -WCF "The World Chess Champion" for 1839-1843.  Germany. He defeated Szen in a match in 1839.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 11 of 21 PageID #: 46



THE LATE MR. HOWARD STAUNTON.

(22) HOWARD STAUNTON - WCF "The World Chess Champion" for 1843-1845. England. He played and defeated Saint Amant in 1843 for equivalent of $500, the largest prize fund to date at that time.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 12 of 21 PageID #: 47



(23) CHARLES SAINT AMANT - WCF "The World Chess Champion" for 1845. France. Staunton defaulted on a return match with Saint Amant for which stakes of $750 , the largest in history, had been put up.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 13 of 21 PageID #: 48



(24) CHARLES HENRY STANLEY - WCF "The World Chess Champion" for 1845-1857. (Shown above at the 1857 First American Chess Congress sponsored by WCF affiliate American Chess Association.



England and United States. Played and defeated Rousseau for $1,000, the largest prize fund match in world history till that time, then defeated Turner in 1850 for the same amount. Also defeated Saint Amant in New Orleans in a match and drew a match with Saint Amant in New York during this time.



(25) PAUL MORPHY - WCF "The World Chess Champion for 1857-1884.  United States, and Confederate States of America. Defeated Stanley in a match in 1857, also defeated in matches Paulsen, Lowenthal, Harrwitz, Anderssen, and De Riviere.



(26) JOHANNES ZUKERTORT - WCF "The World Chess Champion" from 1884 after the death of Morphy until 1886.  England.



(27) WILHELM STEINITZ -AKA "The Austrian Morphy". WCF "The World Chess Champion" from 1886-1894.
United States. Steinitz challenged Zukertort for "The World Chess Championship" in 1886 and won.



(28) EMMANUEL LASKER - WCF "The World Chess Champion" from 1894 to 1910 . WCF World Co-Champion
from 1910, WCF World 3/4 champion from 1916.Germany, Soviet Union citizen after exile from Hitler  in 1935
(modern day Russia), and United States where died and buried.



(29) Karl Schlechter  WCF World Co Champion 1910 (drew title match with Lasker +1-1=8 until 1911 WCF 1/4 co champion (drew match with Tarrasch +3-3=10 until 1918 lost match to Rubenstein +1-2=3. From Austria.



(30) Siegbert Tarrasch 1/4 WCF Co Champion as a result of drawn match +3-3=10 with Schlechter in 1911. Lost share of title when lost to Lasker 1916 +0-5=1. From Germany.



(31) Akiba Rubenstein 1/4 WCF World Champion as a result of defeat of Schlechter in 1918 by +2-1=3 Defended share of title vs Bogolyubov in 1920 winning +5-4=3 Retired undefeated from chess play in 1931. From modern day Poland.



(32) JOSE RAUL CAPABLANCA -AKA "The Cuban Morphy" - WCF 3/4"The World Chess Champion" from 1921-1927. Cuba and United States.



(33) ALEXANDER ALEKHINE - WCF 3/4 "The World Chess Champion" for 1927-1931. Sole WCF World Ches Champion after Rubenstein's retirement in 1931 until 1935. France. Pictured above from title match encounter with

Case: 4:12-cv-00089-CEJ     Doc. #: 1-2     Filed: 01/17/12     Page: 17 of 21 PageID #: 52

Euwe.



(34) MAX EUWE - WCF "World Chess Champion" for 1935-1937. Netherlands.



(35) ALEXANDER ALEKHINE - WCF "The World Chess Champion" 1937 until death by assassination in 1946. France and Portugal, where assassinated by the Soviet NKVD (Pavel Sudoplatov, Nahum Eitingon, Grigory Mairanovsky) upon orders by Stalin (just as Leon Trotsky in Mexico and Yevhen Konovalets the Ukrainian independence leader in Netherlands were as Alekhine had earlier been sentenced to death to be shot in 1919. After Trotsky allowed Alekhine to leave Odeaas Ukraine prison and later defeated capablanca, Al;ekhine made a speech upon his triumphant return to Paris at the Russian club where a splendid reception in his honor had him making a toast that the myth of the Bolsheviks being invincible would be dispelled, just as he had dispelled the myth of Capablanca's invincibility, with the reaction that the Soviet State prosecutor Krylenko stated the Soviets would regard him as an Enemy of the State to be dealt with. This was followed by the reinstatement of the sentencing to be shot-Case #228

against A.A. Alekhine with a new supplement of 10 pages. The assassination was done so that the Soviets, upon controlling FIDE, could illegitimately create a so-called champion through manipulation of fixing the results of a 1948 match tournament scheme. NKVD Colonel Vainstein considered a match between Alekhine and Botvinnik to be impossible in principle politically, and it was arranged for Keres to throw 4 games to Botvinnik to ensure his victory in the match tournament scheme. "The Soviets were anxious to have Alekhine buried in Moscow, but his widow refused." (nathan Divinsky, Chess Encyclopedia, 1990. Keres and Fine were the legitimate crown princes of chess due to AVRO 1938, but Keres had already declined in 1943 several times entreaties from Alekhine to play for the world championship. This left Fine as the legitimate WCF "The World Chess Champion" after Alekhine's murder.



*Reuben Fine*

(36) REUBEN FINE - WCF "The World Chess Champion" for 1946-1949.  WCF c0- champion 1949 after draw with Najdorf until retirement 1951 United States. Defeated Steiner 5-1 in 1947. After winning New York 1948-1949, Fine played a match versus World #2 Miguel Najdorf (2756 ELO per Chessmetrics and whom remained World #2 through June 1949 per Chessmetrics. But Najdorf was not allowed to play in FIDE's so called championship match tournament of 1948. The Fine-Najdorf match ended in a draw 4-4. Fine remained World #1 ranked per Chessmetrics as of December 1950 and retired in 1951.

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 19 of 21 PageID #: 54



(37) MIGUEL NAJDORF WCF  "The World Chess Co-Champion from 1949 with Fine, then WCF 1/4 after drawn match with Trifunovic +1=10-1 in 1949 Then 3/4 World Chess Champion after Fine retired,  1951-1952. Argentina. Najdorf at one time held the world blindfold simul record, now held by current WCF The World Chess Champion Stan Vaughan at 57 simultaneous blindfold chess games, which Vaughan won all 57 games, in 2009.



(38) Petar Trifunovic  1/4 WCF World Chess Champion as a result of drawn match with Najdorf in 1949 +1=10-1 modern day Serbia

Case: 4:12-cv-00089-CEJ    Doc. #: 1-2    Filed: 01/17/12    Page: 20 of 21 PageID #: 55



(39) SAMUEL RESHEVSKY - WCF 3/4 "The World Chess Champion from 1952-1961. United States.  Najdorf played Reshevsky in a match for "The Championship of the Free World" as billed by New York Times, which Reshevsky won 11-7. Reshevsky then won matches versus Gligorich 5.5 to 4.5 in 1952; against Najdorf again 9.5 to 8.5 in 1953 (per Chessmetrics Reshevsky remained World #1 through October 1953) Reshevsky then defeated Botvinnik in a match 2.5 to 1.5 in 1955, defeated Lombardy 3.5 to 2.5 in 1956; defeated Bisguier 6-4 in 1957, defeated Don Byrne 7-3 in 1957 and defeated Benko 5.5 to 4.5 in 1960.



(40) ROBERT FISCHER - WCF  "The World Chess Champion 1961 -1994. (Reshevsky had failed to complete a match versus Fischer in 1961. Fischer was ranked World #1 by Chessmetrics from February 1964 as well. After defeating Spassky in a rematch "The World Chess Championship" in the richest prize fund title match in history, 5 million dollars US, also known as WCF #1) Fischer decided to retire as undefeated "The World Chess Champion in 1994.



(41) STAN VAUGHAN - WCF "The World Chess Champion" since 1994, currently scheduled to defend title in WCF #11 in 2012 versus official challenger Ron Gross pending not receiving any challenge in the interim conducted by

Case: 4:12-cv-00089-CEJ     Doc. #: 1-2     Filed: 01/17/12     Page: 21 of 21 PageID #: 56

Fischer regulation first to 11 wins,draws not counting format. Current world record holder of Most Simultaneous blindfold games (57), most simultaneous correspondence chess games (1300 in 1988) and most simultaneous chess games (739 in 2004)

All rights reserved

Powered by
Microsoft Office Live | Create a free website