# EXHIBIT 3



J. Bennett Clark
Direct: (314) 259-2418
Fax: (314) 552-8418
ben.clark@bryancave.com

August 29, 2011

**VIA E-MAIL AND US MAIL: CERTIFIED
RETURN RECEIPT REQUESTED**

Stan Vaughan
World Chess Federation, Inc.
2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

Re:    Infringing Use of WORLD CHESS FEDERATION HALL OF FAME

Dear Mr. Vaughan:

We are counsel to World Chess Museum, Inc., licensee to the registered trademark WORLD CHESS HALL OF FAME®, U.S. Reg. No. 2551246, which is owned by U.S. Chess Trust.   This mark has been in continuous use for many years.

We have become aware that your World Chess Federation, Inc. has begun to promote the operation of the WORLD CHESS FEDERATION HALL OF FAME in Las Vegas.

Given the similarity between the senior registered mark WORLD CHESS HALL OF FAME® and the junior WORLD CHESS FEDERATION HALL OF FAME, and the fact that they have common inductees, there is a significant likelihood that confusion will result, and may have already resulted, among interested individuals as to affiliation, source, and sponsorship of and between the two halls.

This serves as a demand that you, your company, and those under your direction or control, immediately cease and desist any and all use of WORLD CHESS FEDERATION HALL OF FAME, or any other name confusingly similar to the registered mark WORLD CHESS HALL OF FAME®, including the destruction of all signage, letterhead and promotional material containing the infringing phrase.

We would appreciate hearing back from you by no later than Monday, September 5, 2011, confirming the cessation of use and necessary destruction, as requested above.

**Bryan Cave LLP**
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

**Bryan Cave Offices**

Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave International Trade**
*A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS*

www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Stan Vaughan
August 29, 2011
Page 2

**Bryan Cave LLP**

　　　If you are represented by counsel, please have him or her handle communications with me on this topic.    Absent counsel, you may respond to me directly, if that is your preference.    Thank you in advance for your anticipated cooperation.

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　J. Bennett Clark

　　　　　　　　JBC/djj



**WORLD CHESS FEDERATION, INC.**

World Chess Federation, Inc
The World Chess Championship
2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

6 September 2011

J. Bennett Clark
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, Missouri 63102-2750

re: Infringing Use of World Chess Hall of Fame
(second notice previous notice was to so called use as "World Chess Hall of Fame" and Sidney Samole Museum.

Dear Mr. Bennett,

Please be advised, as we previously advised the so called "World Chess Hall of Fame" and Sidney Samole Museum which registered the infringing World Chess Hall of Fame 2551246 as of March 19, 2002 that your client infringes upon World Chess Federation's Hall of Fame which has been in existence since 1992.

Please note the disclaimer which the US Patent and Trademark Office advised the registree that the claim does NOT give that client EXCLUSIVE right to use of words Hall of Fame in conjunction with that registration.

As previously the Sidney Samole Museum and US Chess Trust was advised World Chess Federation has had its own World Chess Federation Hall of Fame since 1992.



World Chess Federation, Inc
The World Chess Championship
2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

# WORLD CHESS FEDERATION, INC.

Page 2 of 2

Given the similarity between our senior use of World Chess Federation ®  Hall of Fame and in light of the fact that USCF is an affiliate of FIDE the Federation Internationale d'echecs or INTERNATIONAL CHESS FEDERATION, we would advise you use International Chess Hall of Fame. World Chess Federation does not sanction  many of the so-called inductees of your so-called Hall of Fame.

This serves as a demand that you, your company you represent, and those under its direction or control cease and desist infringement upon or senior use of World Chess Federation  Hall of Fame.

World Chess Federation reserves the right to have the US Patent and Trademark Office rescind the the infringing registration you mention, if you attempt to violate the issued disclaimer that US Chess Trust was not granted EXCLUSIVE right to Hall of Fame as used by World Chess Federation since 1992.



Case: 4:12-cv-00089-CEJ     Doc. #:  1-3     Filed: 01/17/12     Page: 6 of 27 PageID #: 62

**Minder, Matt**

| | |
|---|---|
| **From:** | Stan Vaughan [stanvaughan@live.com] |
| **Sent:** | Tuesday, September 06, 2011 2:03 PM |
| **To:** | Clark, Ben |
| **Subject:** | Your clients infringement upon senior usage of World Chess Federation Hall of fFme rights |

# World Chess Federation issues cease and desist request vs so called World Chess Hall of Fame



above is registered mark  and our previous registration in Nevada predates any so called 2002 registration.

World Chess Federation, which has its own World Chess Federation Hall of Fame since 1992 has advised Bryan Cave LLP, that its has not licensed use of a so called "World Chess Hall of Fame " in St. Louis, Missouri and to dease and desist usage of that name as the registration # they claim clearly states US Chess Trust does NOT have exclusive right to use Hall of Fame in conjunction with the use of words World Chess as used by World Chess Federation, Inc.

WCF has advised the attornies of the infringing so called "World Chess Hall of Fame" it does not sanction or license its use of such and will not grant any such license and does not approve of many of the alleged inductees, the valid inductees being listed at www.wcfchess.com as part of the World Chess Federation Hall of Fame since 1992.
WCF has advised the museum it should consider changing its name to International Chess Hall of Fame to avoid  infringement upon World Chess Federation, Inc rights.

 Note: You will note that the so called registration of March 19, 2002 does NOT grant US Chess Trust EXCLUSIVE use of Hall of Fame in conjunction with   and our senior usage of World Chess Hall of fame since 1992 as previously advised to Sidney Samole Museum  back in 2001 when they first started to use it as part of World Chess hall of Fame AND Sidney Samole Museum was advised .
We suggest you change name to International Chess Hall of Fame.

12/7/2011

Stan Vaughan
WCF "The World Chess Champion"

www.wcfchess.com

**Minder, Matt**

**From:**    Stan Vaughan [stanvaughan@live.com]
**Sent:**    Tuesday, September 06, 2011 2:21 PM
**To:**    Clark, Ben
**Subject:** Recission of so called trademark 2551246

World Chess Federation has this date filed petition with US Patent and Trademark Office requesting rescission of infringing mark which infringes on our usage since 1992 of World Chess Federation (R) Hall of Fame.

No license will be granted by World Chess Federation or sanction given to your so called Hall of Fame. We suggest you change name to International Chess Hall of Fame or seek license from us, not US Chess Trust and remove any inductees World Chess Federation, Inc (R) does not approve of.

Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning *Paul Morphy, Confederate Spy*
available from henschelhausbooks.com

12/7/2011



J. Bennett Clark
Direct: (314) 259-2418
Fax: (314) 552-8418
ben.clark@bryancave.com

Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

Bryan Cave Offices

Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS

www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

September 13, 2011

**VIA E-MAIL AND US MAIL: CERTIFIED
RETURN RECEIPT REQUESTED**

Stan Vaughan
World Chess Federation, Inc.
2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

Re:     Infringing Use of WORLD CHESS FEDERATION HALL OF FAME

Dear Mr. Vaughan:

We have received and reviewed your various communications in response to my letter of August 29, 2011.

You assert repeatedly that a "World Chess Federation Hall of Fame" has been in existence since 1992. Please provide proof of use of that name at any time prior to the past few months. Please also advise, and if possible provide proof, of the geographic scope of that use and the goods or services in connection with which it was used. Again, we are inquiring about use of "World Chess Federation Hall of Fame," not merely "World Chess Federation."

If, as we believe to be the case, the challenged name has not been in use prior to the last few months, we again demand that you, your company, and those under your control immediately cease and desist any and all use of that name, or any other name confusingly similar to the registered mark WORLD CHESS HALL OF FAME®, including the destruction of all signage, letterhead and promotional material containing the infringing phrase.

That the U.S. registration for WORLD CHESS HALL OF FAME® disclaimed "Hall of Fame" does not impact this situation. A disclaimer does not remove the disclaimed matter from the mark. The mark must still be regarded as a whole, including the disclaimed matter, in evaluating similarity to other marks. *In re National Data Corp.*, 753 F.2d 1056, 224 USPQ 749 (Fed. Cir. 1985); *Specialty Brands, Inc. v. Coffee Bean Distributors, Inc.*, 748 F.2d 669, 672, 223 USPQ 1281, 1282 (Fed. Cir. 1984); *Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 144 USPQ 433 (C.C.P.A. 1965).

Stan Vaughan
September 13, 2011
Page 2

**Bryan Cave LLP**

    Finally, as stated in my earlier letter, if you are represented by counsel, please have him or her handle communications with me on this topic.  If you or your attorney wish to discuss an amicable resolution to this matter, please let me know.

Very truly yours,

J. Bennett Clark

JBC/djj

**Minder, Matt**

---

**Subject:** FW: trademark infringement by US Chess Trust and Rex Sinquefield of St Louis Chess Club

---

**From:** Stan Vaughan <stanvaughan@live.com>
**To:** Clark, Ben
**Cc:** Raymond Keene <rdkobe@aol.com>; John Donaldson <imwjd@aol.com>; Ben Finegold <gmfinegold@saintlouischessclub.org>; Bob Rice <brice@tangentcapital.com>; Edward Winter <ewinter@sunrise.ch>; Einar S. Einarsson <eseinarsson@gmail.com>; Erik Moskow <rmoskow@obdsllc.com>; Howard Stern <sternshow@howardstern.com>; Jude Acers <jacers@hotmail.com>; ken Rogoff <krogoff@harvard.edu>; lcardona@chessemporium.com <lcardona@chessemporium.com>; L Cardona <kids@chessemporium.com>; MARK NIERRAS <mark@lvchess.com>; Mark Crowther <mdcrowth@btinternet.com>; Mig Greengard <mig@chessninja.com>; Nenad Nesh Stankovic <nesh.stankovic@gmail.com>; Ron Gross <rongrosslifemstr@embarqmail.com>; Saemi Palsson <saemiprokk@gmail.com>; Scott Freneaux <sfreneaux@chessemporium.com>; Shankar Harsh <shankarlalharsh@yahoo.com>; Tom Braunlich <tom.braunlich@cox.net>
**Sent:** Tue Sep 13 12:35:35 2011
**Subject:** trademark infringement by US Chess Trust and Rex Sinquefield of St Louis Chess Club

This is to advise you you may wish to advise US Chess Trust that their so-called licensing has no value. We were just advised today (September 13) am by the US Patent and Trademark Office Trademark Assistance Center that after our complaint and their review they  determine that  the alleged trademark World Chess Hall of Fame does infringe on World Chess Federation's preexisting Hall of Fame  and  have advised us the procedure to file to have that infringing trademark which US Chess Trust had tried to claim, CANCELED.

Please be advised we intend to follow through with the USPTO advice and do so after we pay the fee they said will be required to cancel the infringing mark which they say US Chess Trusts thus does NOT own (as they falsely claimed to you), for a fee of $300.

Again we suggest to avoid future litigation from us to stop your  agreement with US Chess Trust which is defrauding you, which has no value and change to International Chess Hall of Fame as you may not use word World in conjunction with your so-called Hall. Thus their review shows that World Chess Federation as founded by Bobby Fischer, Stan Vaughan , Larry Evans, etc  holds worldwide rights under the Madrid Agreement on International Trademarks to World Chess Federation and World Chess Federation Hall of Fame.  FIDE is the International Chess Federation, not World Chess Federation.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com

**Minder, Matt**

---

**Subject:**         FW: Please see attached correspondence

**Attachments:** Ltr. to Stan Vaughan 9-13-11.pdf

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Wednesday, September 14, 2011 11:42 AM
**To:** Clark, Ben
**Subject:** RE: Please see attached correspondence

Thank you.

Your correspondence  has been read and noted and does not change anything.   There are adequate proofs  on the internet,  Decisions of past annual WCF World Chess Congress reports of  those added to the World Chess Federation Hall of Fame, etc as well as info on inductees listed at the World Chess Federation website.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com



---

From: Ben.Clark@bryancave.com
To: stanvaughan@live.com
Date: Wed, 14 Sep 2011 12:23:55 -0400
Subject: RE: Please see attached correspondence

Mr. Vaughan,

I have attached the correspondence in OpenOffice format.   Please advise if you unable to access it.

BC

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Tuesday, September 13, 2011 8:16 PM
**To:** Clark, Ben
**Subject:** RE: Please see attached correspondence

12/29/2011

Send your email in a format that can be read. We only use Open Office and not Microsoft. Thus any email must not be in form of an attachment.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com

---

From: Ben.Clark@bryancave.com
To: 'StanVaughan@WCFchess.com'; stanvaughan@live.com
Date: Tue, 13 Sep 2011 17:56:19 -0400
Subject: Please see attached correspondence

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

Case: 4:12-cv-00089-CEJ    Doc. #: 1-3    Filed: 01/17/12    Page: 14 of 27 PageID #: 70

**Minder, Matt**

---

 **Subject:** FW: You Tube video public record

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Wednesday, September 14, 2011 12:00 PM
**To:** Clark, Ben
**Subject:** You Tube video public record

You can find easily on the internet the You Tube video of presentation of plaque to GM Raymond Keene's representative inducting Staunton into the WCF Hall of Fame at the LV Riviera Hotel casino on December 1, 2009 as but one of many examples  as well as induction of Reuben Fine at the Oasis Hotel casino in 2007 accepted by GM Larry Evans,, etc etc.

Fischer was included along with many others in the initial 1992 inductions as well as Paul Morphy, etc etc.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com




---

From: Ben.Clark@bryancave.com
To: stanvaughan@live.com
Date: Wed, 14 Sep 2011 12:23:55 -0400
Subject: RE: Please see attached correspondence

Mr. Vaughan,

I have attached the correspondence in OpenOffice format.   Please advise if you unable to access it.

BC

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Tuesday, September 13, 2011 8:16 PM
**To:** Clark, Ben
**Subject:** RE: Please see attached correspondence

12/29/2011

Send your email in a format that can be read. We only use Open Office and not Microsoft. Thus any email must not be in form of an attachment.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com

---

From: Ben.Clark@bryancave.com
To: 'StanVaughan@WCFchess.com'; stanvaughan@live.com
Date: Tue, 13 Sep 2011 17:56:19 -0400
Subject: Please see attached correspondence

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

**Minder, Matt**

---

**From:**    Stan Vaughan [stanvaughan@live.com]
**Sent:**    Saturday, September 17, 2011 5:17 AM
**To:**    Clark, Ben
**Subject:** archival evidence of World Chess Federation Hall of fame.

 The World Chess Federation Hall of Fame and bios of its inductees are  covered in the chapter on them pages 7-114 of

The Everything Chess Book, by Stan Vaughan ISBN 1-58062-417-0 published in 2000 by ADAMS MEDIA.

 Fanueil ADAMS, Jr. died March 25, 1999 and had been president of the American Chess Foundation , which Harold Dondis had considered previously to combine US Chess Trust with American Chess Foundation which later became Chess in the Schools. This is by Dondis' own admission in published info at US Chess Trust site.


ADAMS convinced  Harold DONDIS also of Boston to take a gamble  and infringe upon our World Chess Federation Hall of Fame and see if they could get away with it.

Sinquefield is an associate of US Chess Trust as well as Harold Dondis

The World Chess Federation Hall of Fame is mentioned in many many issues of American Chess Monthly throughout the 1990s from its creation in 1992

Nothing further thus is needed to produce to you in this regards as Harold Dondis in a published interview mentioned the gamble he took and his association with Fanueil Adams, both of Boston, Mass area.

Thus as you can plainly see, your client has a serious problem of evidence trail  showing knowledge the US Chess Trust knew they were intentionally infringing on pre-existing World Chess Federation Hall of Fame.

So I once again advise you to advise your client to stop infringement and the use of word World instead of using perhaps International.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com



World Chess Federation, Inc
The World Chess Championship
2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

# **World Chess Federation**
# **Hall of Fame**
## Established 1992 ™

18 September 2011
Re: Infringing Use of World Chess Hall of Fame

Dear Mr. Clark,

We have received and reviewed your various communications. We refuse any and all demands as we are fully aware that US Chess Trust has full knowledge they have been infringing on World Chess Federation Hall of Fame , which has had continuous use since 1992 by World Chess Federation ®.

World Chess Federation has information and belief that US Chess Trust and/or your clients have NO SUCH belief as you attempt to assert in paragraph 3 of your September 13 letter.

World Chess Federation demand that you, your company, and those under your client's control immediately cease and desist from their continued infringement of the reserved rights of World Chess Federation and World Chess Federation Hall of Fame (TM) including the destruction of all signage, letterhead and promotional material containing the infringing phrase, World Chess Hall of Fame.

Finally, our in house counsel refuses to deal with your frivolous communications. World Chess Federation and its World Chess Federation Hall of fame are not open to any further discussions whatsoever. Our rights are NOT available for license, for sale or otherwise to your clients.

Case: 4:12-cv-00089-CEJ   Doc. #: 1-3   Filed: 01/17/12   Page: 18 of 27 PageID #: 74



Easy to understand lessons

# THE

OVER TWO MILLION EVERYTHING BOOKS SOLD

# EVERYTHING

# CHESS BOOK

Basic strategies and
winning tactics for
every level of play

## Stan Vaughan

WORLD Chess Federation Hall of Fame

& Inductees BIOS

PAGES 7-114 of this 304 page Book,

2000

# THE EVERYTHING CHESS BOOK

*Stan Vaughan*



## The perfect introduction to the exciting world of chess—by one of the world's greatest chess players

Chess is one of the world's oldest and most popular games—and, according to some, one of the most difficult. But in truth, chess is easy to learn, and can provide players of all ages with a lifetime of fun. *The Everything Chess Book* is the perfect introduction to chess, taking readers from the setup of the board to mastering the endgame. Current U.S. Chess Champion Stan Vaughan explains the essentials of the game, such as how to move each piece, the most common opening moves, the three phases of a chess game, and how to formulate a winning strategy.

Whether readers are new to the game, want a refresher course, or are simply looking to improve their skills, *The Everything Chess Book* is the one book they'll need for expert advice in an easy-to-understand format.

*The Everything Chess Book* shows readers how to:

+ Make a successful opening move
+ Recognize patterns and anticipate their opponent's next move
+ Understand chess etiquette
+ Get involved with chess clubs and tournaments
+ Play against a chess computer
+ And much more!

Games, Trade Paperback
8" x 9 1/4"
Two-color, with illustrations throughout
Canada: USD49.30; Other Countries: USD55.90
**ISBN: 1-58062-417-0**
*UPC: 0-4507920417-1*

**ADAMS MEDIA CORPORATION**

## Minder, Matt

**Subject:** FW: archival evidence of World Chess Federation Hall of fame.

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Monday, September 19, 2011 4:10 PM
**To:** Clark, Ben
**Subject:** RE: archival evidence of World Chess Federation Hall of fame.

Our communications continue to reflect use of World Chess Federation Hall of fame since 1992. That is not simply last few months but almost 20 years. Our in house counsel says any further communications in face of overwhelming evidence we shall simply from hereon ignore  as you have  shown us nothing showing use prior to 1992 So we now insist you cease any further communications which are simply a waste of our time.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com


From: Ben.Clark@bryancave.com
To: stanvaughan@live.com
Date: Mon, 19 Sep 2011 16:46:12 -0400
Subject: RE: archival evidence of World Chess Federation Hall of fame.

Mr. Vaughan,

None of your communications reflect use of "World Chess Federation Hall of Fame" at any time prior to the last few months.   If you have specific evidence of such a use, please send it to me, absent which we will continue in the belief that its use arose just recently.

Thank you.   In an excess of caution, permit me to again request that communications be handled by your counsel, if you have one.   BC

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Saturday, September 17, 2011 5:17 AM
**To:** Clark, Ben
**Subject:** archival evidence of World Chess Federation Hall of fame.

The World Chess Federation Hall of Fame and bios of its inductees are  covered in the chapter on them pages 7-114 of

The Everything Chess Book, by Stan Vaughan ISBN 1-58062-417-0 published in 2000 by ADAMS MEDIA.

 Fanueil ADAMS, Jr. died March 25, 1999 and had been president of the American Chess Foundation , which Harold Dondis had considered previously to combine US Chess Trust with American Chess Foundation which later became Chess in the Schools. This is by Dondis' own admission in published info at US Chess Trust site.


ADAMS convinced  Harold DONDIS also of Boston to take a gamble  and infringe upon our World Chess Federation Hall of Fame and see if they could get away with it.

Sinquefield is an associate of US Chess Trust as well as Harold Dondis

The World Chess Federation Hall of Fame is mentioned in many many issues of American Chess Monthly throughout the 1990s from its creation in 1992

Nothing further thus is needed to produce to you in this regards as Harold Dondis in a published interview mentioned the gamble he took and his association with Fanueil Adams, both of Boston, Mass area.

Thus as you can plainly see, your client has a serious problem of evidence trail  showing knowledge the US Chess Trust knew they were intentionally infringing on pre-existing World Chess Federation Hall of Fame.

So I once again advise you to advise your client to stop infringement and the use of word World instead of using perhaps International.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning *Paul Morphy, Confederate Spy*
available from henschelhausbooks.com

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

**Minder, Matt**

| | |
|---|---|
| **From:** | Clark, Ben |
| **Sent:** | Sunday, September 25, 2011 10:03 PM |
| **To:** | Minder, Matt |
| **Subject:** | Fw: archival evidence of World Chess Federation Hall of fame. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

**From**: Stan Vaughan <stanvaughan@live.com>
**To**: Clark, Ben
**Sent**: Sun Sep 25 22:47:59 2011
**Subject**: RE: archival evidence of World Chess Federation Hall of fame.

American Chess Monthly is and was the official publication of the American Chess Association and available to all subscribers, distributed worldwide to  members subscribing.

Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com

From: Ben.Clark@bryancave.com
To: stanvaughan@live.com
Date: Sun, 25 Sep 2011 13:27:36 -0400
Subject: RE: archival evidence of World Chess Federation Hall of fame.

Mr. Vaughan,

Your letter of September 18, with attachments, has been received.   While you state that The Everything Chess Book references "World Chess Federation Hall of Fame," the attached pages do not reflect this.   We have attempted to locate a copy of that book, with no success.  Would you please provide any pages containing the language "World Chess Federation Hall of Fame," and also advise whether the book was ever in fact distributed and, if so, the extent and location of the distribution?

Also, where and to who was September 1993 American Chess Monthly distributed?

Thank you.    BC

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Monday, September 19, 2011 4:17 PM
**To:** Clark, Ben
**Subject:** RE: archival evidence of World Chess Federation Hall of fame.

Please see the below communication I sent you. Surely you can read . Read pages 7-114 of below book which covers WORLD CHESS FEDERATION HALL OF FAMRE and inductees up to that time with full bios and sample games of World Chess Federation Hall of Fame inductees.

You can buy your own copy of the book, even though it is now out of print, used.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning _Paul Morphy, Confederate Spy_
available from henschelhausbooks.com

---

From: Ben.Clark@bryancave.com
To: stanvaughan@live.com
Date: Mon, 19 Sep 2011 16:46:12 -0400
Subject: RE: archival evidence of World Chess Federation Hall of fame.

Mr. Vaughan,

None of your communications reflect use of "World Chess Federation Hall of Fame" at any time prior to the last few months.   If you have specific evidence of such a use, please send it to me, absent which we will continue in the belief that its use arose just recently.

Thank you.   In an excess of caution, permit me to again request that communications be handled by your counsel, if you have one.   BC

---

**From:** Stan Vaughan [mailto:stanvaughan@live.com]
**Sent:** Saturday, September 17, 2011 5:17 AM
**To:** Clark, Ben
**Subject:** archival evidence of World Chess Federation Hall of fame.

12/7/2011

 The World Chess Federation Hall of Fame and bios of its inductees are covered in the chapter on them pages 7-114 of

The Everything Chess Book, by Stan Vaughan ISBN 1-58062-417-0 published in 2000 by ADAMS MEDIA.

 Fanueil ADAMS, Jr. died March 25, 1999 and had been president of the American Chess Foundation , which Harold Dondis had considered previously to combine US Chess Trust with American Chess Foundation which later became Chess in the Schools. This is by Dondis' own admission in published info at US Chess Trust site.

ADAMS convinced Harold DONDIS also of Boston to take a gamble and infringe upon our World Chess Federation Hall of Fame and see if they could get away with it.

Sinquefield is an associate of US Chess Trust as well as Harold Dondis

The World Chess Federation Hall of Fame is mentioned in many many issues of American Chess Monthly throughout the 1990s from its creation in 1992

Nothing further thus is needed to produce to you in this regards as Harold Dondis in a published interview mentioned the gamble he took and his association with Fanueil Adams, both of Boston, Mass area.

Thus as you can plainly see, your client has a serious problem of evidence trail showing knowledge the US Chess Trust knew they were intentionally infringing on pre-existing World Chess Federation Hall of Fame.

So I once again advise you to advise your client to stop infringement and the use of word World instead of using perhaps International.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning *Paul Morphy, Confederate Spy*
available from henschelhausbooks.com

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you

that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

bcllp2011



**VOLUME 137   NUMBER 9   SEPTEMBER 1993**

# AMERICAN CHESS MONTHLY.

Official Newsletter of the American Chess Association.

©Copyright 1993 American Chess Association. All rights reserved.



PAUL MORPHY, THE CHESS CHAMPION.



Steinitz, from front cover of
**The Graphic** (July 17, 1886)

# A FABULOUS FIVE JOIN FISCHER IN WORLD CHESS FEDERATION HALL OF FAME FOR 1993: MORPHY, STEINITZ, ALEKHINE, CAPABLANCA, AND RESHEVSKY

1. **PAUL MORPHY** "Paul Morphy, Chess Champion of the World" proclaimed John Van Buren, son of President Martin Van Buren at University of the City of New York, May 29, 1859.

   "I propose the health of Paul Morphy, the world's chess champion." Excerpt from a speech made by Oliver Wendell Holmes at a dinner given in Paul Morphy's honor at the Revere House, Boston, May 31, 1859.

2. **WILHELM STEINITZ** "father of modern chess..." Bobby Fischer

### Inside (partial list)

| | |
|---|---|
| 1 | WORLD CHESS FEDERATION HALL OF FAME INDUCTEES FOR 1993 |
| 2 | ACA US CHESS CHAMPION STAN VAUGHAN RECEIVES ADVANCED LIFE MASTER TITLE FROM COMPETITOR USCF |
| 3 | KASPAROV'S UPCOMING PCA TITLE DEFENSE VS. NIGEL SHORT STARTS SEPTEMBER 7 in LONDON |
| 4 | AMERICAN CHESS MONTHLY GIVES "THUMBS DOWN" TO THE JUST RELEASED SEARCHING FOR BOBBY FISCH |
| 5 | "I WANNA BE BOBBY'S GIRL!" AN INTERVIEW WITH CATHY FORBES |



# AMERICAN CHESS ASSOCIATION

**AMERICAN CHESS MONTHLY** is the official monthly of the **AMERICAN CHESS ASSOCIATION** (founded 1857). ACA Dues are only $one dollar for life! (Does not include American Chess Monthly subscription)

American Chess Monthly subscription is $20 a year. Advertising rates are $60 full page, $45 half page, $25 quarter page and $15 eighth page. Send copy and check made out to American Chess Association, 6653 West Escalon Drive, Las Vegas, Nevada 89108

**Fischer:**

As far as the U.S. Chess Federation goes, I have nothing to do with them, I consider them to be a pro-Soviet, criminal organization, terrible people. I would like ... I would appreciate it if all of my fans canceled their subscriptions to their horrible magazine *Chess Life*—I call it *Chess Lies*—and withdrew from the membership of this organization.

September 14, 1992

**Kasparov:**

"A sleeping giant. The small minded leaders of the 'United States' Chess Federation try to keep it an amateur game and must be purged like entrenched Communi Bureaucrats"
: 1988

You'd expect...that Fischer and Kasparov wouldn't be able to come to an agreement. But, one thing they BOTH AGREE on is how they feel about the United States Chess Federation. When neither WCF World Chess Champion Bobby Fischer, nor PCA World Chess Champion have nothing positive to say about USCF, don't you think that...

*"It's time to make your move."*

**AMERICAN CHESS ASSOCIATION**

Technical competence, impartiality, professional conduct and efficient. For information on chess, ACA chess activities and events, write
American Chess Association
c/o Stan Vaughan
6653 West Escalon Drive
Las Vegas, Nevada 89108



*"It's time to make your move."*