# EXHIBIT 4

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**　　　　v1.5

## No documents match the query: Proceeding Status is: ALL and Application or Registration Number is: 2551246

**View TTAB Proceeding File:**
Note: extensions of time to oppose may be found under the application serial number

**Proceeding Status:** ◯ Pending ◯ Terminated ◉ All

**Proceeding Number:** [          ]
8-digit Board proceeding number, digits only

**Application or Registration Number:** [          ]

**Find proceedings with the following criteria:**
Enter applicable search terms below. Results will contain all specified terms. For example, if KALAKA is entered in the 'mark' field and 'Jones' is entered in the 'Party' field, the search results will include only proceedings in which the mark contains the word KALAKA and one of the parties contains the word 'Jones'.

**All these words anywhere in a record:** [          ]
Search proceeding number, application or registration number, parties, marks

**Mark:** contains all words [          ]
**Party:** contains all words [          ]
**Other Party:** contains all words [          ]
**Correspondent:** contains all words [          ]

[ Search ]

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY