# EXHIBIT 5

















by Vonzi0000
20,237 views

(Short film) Opening Ceremony of 19° European ...
by EnteScacchiFermo
80 views

Load more suggestions

Help   About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers   Safety   Privacy   Terms
Report a bug   Try something new!   Language: English   Location: Worldwide   Safety mode: Off

**YouTube** — world chess federation [Search] | Browse | Movies | Upload — mattgminder

## WCF World Chess Federation Opening Ceremony 12.01.2009 Where2LasVegas.com

where2lasvegas | 149 videos | Subscribe



0:53 / 2:33    360p

Like | Add to | Share    141 views

Uploaded by where2lasvegas on Dec 1, 2009    1 likes, 0 dislikes

Here is a video covering the WCF World Chess Federation opening ceremony

Show more

All Comments (3)    see all    Reactions (0)

Respond to this video...    Your reaction?

to the poster of this video.
YOU DO NOT HAVE MY PERMISSION TO USE MY IMAGE OR VOICE IN THIS VIDEO. I HAVE REPORTED THIS VIOLATION TO YOUTUBE.
Mr Andrew Hammond (The guy on the right in this video)
Chesscynic 1 month ago

To add further......the first tournament in the series of 3 was I thought going to have at least 100 players and certainly there was enough tables and chairs for that, but the truth of it was that about 4 players turned up to play the first round. Frankly, I knew at this point that no-one in other Vegas chess clubs or in the USA was remotely interested in playing in one of Vaughan's tounament's, just look up his history on the net and you will see why.
Chesscynic 1 month ago

the clapping is completely made up......about 3 people were in the room and they didn't clap..........
why would I know this....cos I am Andy...the guy getting the plaque.......
only later did I realize that Mr Vaughan is a complete dreamer and is basically hoping that he can somehow get some sponsor to give him money to play for his bogus World Chess Champion title!
Chesscynic 2 months ago

View all Comments »

### Suggestions

 Kasparov's funny reaction — by haliiosmanoglou — 101,099 views

 Nakamura wins a Queen and the 2009 Chess Champ... — by aerodarts — 5,651 views

 WCF World Chess Federation Opening Ceremony 12.... — by where2lasvegas — 128 views

 Rybka wins World Computer (Blitz) Chess Champio... — by almenaco — 15,667 views

 Tal v. Nikitin 1966 — by alecksandrkoblents — 711 views

 39th Chess Olympiad opening ceremony — by Pakchess — 820 views

 Street Games (San Francisco street chess docume... — by newsbykko — 8,357 views

 Fischer Open Chess Tournament '09, Prize — by kadsawy — 177 views

 National Open 2008 Susan Polgar Chess Tournamen... — by littlestz — 1,779 views

 National Open 2008 Rounds 3 and 4 — by littlestz — 518 views

 ChessBaron Ultimate Chess Set — by chessbaron — 16,707 views

 WCF World Chess Federation Press Conference 10..... — by where2lasvegas — 453 views

 Chess (Animations 3D) — by MrEffetsecondaires — 36 views

 Opening ceremony chess olympiad — by InventiChess — 73 views

 Евгений Петросян - Инспектор Гаи (2/2) — by eNopolis — 181,234 views

 2010 Chess Olympiad Khanty-Mansiysk- Day8 Report — by Pakchess — 477 views

 Chess Olympiad — by tolkku — 1,362 views

 Shogi for Chess Players #2: Using the Staunton Set — by fduniho — 1,222 views

 Viswanathan Anand simultaneous exhibition Zuric...

by Vonzi0000
20,237 views
2:24

(Short film) Opening Ceremony of 19° European ...
by EnteScacchiFermo
80 views
0:33

Load more suggestions

Help   About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers   Safety   Privacy   Terms
Report a bug   Try something new!   Language: English   Location: Worldwide   Safety mode: Off

Browse | Movies | Upload | Create Account | Sign In

# WCF World Chess Federation Opening Ceremony 12.01.2009 Where2LasVegas.com

where2lasvegas | Subscribe | 149 videos

1:43 / 2:33 360p

Like | Add to | Share

154 views

Uploaded by where2lasvegas on Dec 1, 2009

1 likes, 0 dislikes

Here is a video covering the WCF World Chess Federation opening ceremony hosted by Stan Vaughan, inviting chess players from around the world to compete in the WCF World Chess Championship Tournament being held in Las Vegas NV December 2 -28, 2009. This video features the

Show more

All Comments (3) see all

Sign In or Sign Up now to post a comment!

to the poster of this video.

YOU DO NOT HAVE MY PERMISSION TO USE MY IMAGE OR VOICE IN THIS VIDEO. I HAVE REPORTED THIS VIOLATION TO YOUTUBE.

Mr Andrew Hammond (The guy on the right in this video)

Chesscynic 5 months ago

To add further......the first tournament in the series of 3 was I thought going to have at least 100 players and certainly there was enough tables and chairs for that, but the truth of it was that about 4 players turned up to play the first round. Frankly, I knew at this point that no-one in other Vegas chess clubs or in the USA was remotely interested in playing in one of Vaughan's tounament's, just look up his history on the net and you will see why.

Chesscynic 5 months ago

the clapping is completely made up......about 3 people were in the room and they didn't clap..........

why would I know this....cos I am Andy...the guy getting the plaque.......

only later did I realize that Mr Vaughan is a complete dreamer and is basically hoping that he can somehow get some sponsor to give him money to play for his bogus World Chess Champion title!

Chesscynic 5 months ago

View all Comments »

6:22 **WCF World Chess Federation Opening**
by where2lasvegas
148 views

0:24 **Kasparov's funny reaction**
by halilosmanoglou
182,325 views

3:11 **39th Chess Olympiad opening ceremony**
by Pakchess
928 views

1:15 **Street Games (San Francisco street chess**
by newsbykko
10,334 views

4:27 **Your Call with Viswanathan Anand**
by ndtv
4,058 views

0:44 **Opening ceremony chess olympiad**
by InventiChess
80 views

2:38 **National Open 2008 Susan Polgar Chess**
by littlestz
1,835 views

9:43 **WCF World Chess Federation Press**
by where2lasvegas
495 views

2:04 **National Open 2008 Rounds 3 and 4**
by littlestz
529 views

2:02 **Chess Heros, Past and Present**
by ChessTechnique
15,837 views

0:46 **rupert grint talks chess game from ss and dh**
by dhmovievideos
7,651 views

3:04 **Nakamura wins a Queen and the 2009 Chess**
by aerodarts
5,864 views

9:59 **Shogi for Chess Players #2: Using the Staunton**
by fduniho
1,542 views

9:59 **Paul Morphy: Mozart of Chess- Part four**
by jessicafischerqueen
4,769 views

**CHESS Opening Ceremony**

YouTube

Help About Press & Blogs Copyright Creators & Partners Advertising Developers

Terms Privacy Safety Report a bug Try something new!

English Worldwide Safety: Off

by AllyHouse86
28,996 views
9:20

**MAAFA21 13 OF 13**
by kdlbm3000
1,392 views
9:58

**Paul Morphy: Genius part 1**
by qwoowu
19,235 views
6:56

**Bobby Darin tribute performed by Bill Aikins**
by where2lasvegas
373 views
8:32

**Imelda Staunton: Harry Potter and the Deathly**
by clevverTV
41,671 views
1:56

**Faye Wong - Chess Piece (Live @**
by DiDar08
41,369 views
2:59

Load more suggestions



