# EXHIBIT 6

Case: 4:12-cv-00089-CEJ   Doc. #:  1-6   Filed: 01/17/12   Page: 2 of 4 PageID #: 94

Register | Help | Login

PLAY   LEARN   READ   FORUMS   RESOURCES   MEMBERS   GROUPS   LOCAL   FUN



 Internet Explorer cannot display the webpage

## World Chess Federation files Criminal complaint against FIDE and World Chess Hall of Fame with US De

Submitted by GrandMasterVaughan   on Tue, 11/29/2011 at 8:57am.   « Blogs home

World Chess Federation, Inc an American non profit organization which runs the WCF World Chess Championship as well as the World Chess Federation Hall of Fame has filed two criminal complaints today with the US Department of Justice.

World Chess Federation is seeking to have the US Department of Justice seize the www.fide.com website domain for violations of infringement against World Chess Federation's worldwide trademark rights to name of World Chess Federation, which FIDE, the International Chess Federation has continued to attempt to infringe upon said name rights. The complaint alleges that Ilyumzhinov , whom is currently parodied on Russia's TV 1 as an alien, has ties to Russian mafia connections that have disregarded World Chess Federation's worldwide rights.

Also the World Chess Federation, which has the World Chess Federation Hall of Fame has issued an additional criminal complaint against US Chess Trust which is infringing as well upon WCF rights by attempting to operate and/or sanction use of a so-called World Chess Hall of Fame (sic) which it does not have right to infringe upon, having changed the name of a previous US Chess Hall of Fame to the infringing name despite repeated cease and desist demands. World Chess Federation feels that only by getting the US Department of Justice Criminal Division involved to seize the infringing websites and/or domains to get them to stop their criminal behaviors which constitute illegal piracy and counterfeiting.

World Chess Federation also does not recognize any FIDE titles which in recent years have proliferated to the point of being meaningless with over 1300 so called FIDE GMs now.

» posted in GrandMasterVaughan's Blog   SHARE   | 123 reads | 4 comments

### Comments:

**by swordfish74 - 7 days ago**   Member Since: Nov 2011
Cebu Philippines   Member Points: 7

During early 80's (I was still very young.) I heard rumors also that FIDE was in controversies during the time of filipino ex-FIDE president Florencio Campomanes. People said that many of Filipino GMs were not worthy to hold the title of a GM. Now I heard again a big controversy!

**by yourfutureboss - 8 days ago**   Member Since: Nov 2011
So Cal United States   Member Points: 29

Wow...

**by --a - 8 days ago**   Member Since: Nov 2011
United States   Member Points: 264

Please keep us updated on how this turns out.

---

### GrandMasterVaughan
United States

View complete profile

**Search this Blog**
[          ] Search »

**Most recent blogs**

Biggest comeback victory in Chess.com US Chess League history!
46 hours ago

World Chess Federation files Criminal complaint against FIDE and World Chess Hall of Fame with US De
8 days ago

Lasker was right that FIDE Super GMs are weak
16 days ago

Fischeresque result Stan Vaughan vs the World 6-0
27 days ago

Stan Vaughan vs The World Game 3
34 days ago

RSS



^ Ads keep Chess.com free. Upgrade to remove ads! ^

^ Ads keep Chess.com free. Upgrade to remove ads! ^



| | by **Interrobang** - 8 days ago | Member Since: Mar 2008 |
|---|---|---|
| | Taipei Taiwan | Member Points: 1087 |

[COMMENT DELETED]

^ Back to top

Add your comment:

Join Chess.com for free to add your comment! Already a member? Then login now to comment.

Home | Spread the Word | Video Tour | About | FAQs | Help & Support
Site Map | Privacy Policy | Legal | © 2011 Chess.com



## Minder, Matt

**Subject:** FW: Cease and desist demand of World Chess Hall of Fame

**From**: Stan Vaughan [mailto:stanvaughan@live.com]
**Sent**: Tuesday, November 29, 2011 11:01 AM
**To**: Clark, Ben
**Subject**: Cease and desist demand of World Chess Hall of Fame

Dear Mr. Clark The World Chess Federation Hall of Fame is also listed in the original Articles of Incorporation and original bylaws for World Chess Federation Inc

As these predate any use of World Chess Hall of Fame which infringes on our rights we at World Chess Federation, Inc once again demand your client cease and desist continued infringment or face consequences.


Stan Vaughan
WCF "The World Chess Champion"
Offers Individual or Group instruction with a comprehensive
Chess Course offering quick progress with a once secret
Russian training system.
www.wcfchess.com
www.stanvaughan.com
Follow my chessblog at GrandMasterVaughan@chess.com
Follow me on Twitter at StanVaughan1@twitter.com
Follow me on Facebook @stan.vaughan
Follow The Stan Vaughan Daily at paper.li/StanVaughan1
Author of the award winning *Paul Morphy, Confederate Spy*
available from henschelhausbooks.com

12/29/2011