# EXHIBIT 7

Search the web

# World Chess Federation
THE WORLD CHESS CHAMPIONSHIP



**Home**
About Us
Contact Us
WCF Products Page
Site Map

July 1, 2011 WCF Top rating list

1. Stan Vaughan                2965 (current WCF "The World Chess Champion" after 2011 ACA Nevada State Open
2 Bobby Fischer (deceased)    2897 (after WCF "The World Chess Championship" title match of 1992 versus Spassky)
3 Boris Spassky               2805 (after WCF "The World Chess Championship" title match of 1992 versus Fischer)
4 Ron Gross                   2575 (after WCF 2011 Starbucks International- official WCF 2012 title match challenger after winning the 2010 WCF Candidates matches Final at Las Vegas Riviera Hotel Casino)



June 22, 2011 - GM Walter Browne (at right) visits in Las Vegas with the WCF champion Vaughan (at left) and WCF official challenger Ron Gross (at center) who won the WCF Candidate's Finals match at the Las Vegas Hotel Riviera Casino.

World Chess Federation-The World Chess Championship-Art, Science, Sport.

Full details of the upcoming title match between Vaughan and Gross will be announced soon.

Contact WCF to be a sponsor of the 2012 "The World Chess Championship" title match scheduled between WCF "The World Chess champion Stan Vaughan and the official WCF challenger (winner of the Robert James Fischer Memorial Candidates Matches Finals at the Riviera Hotel/Casino at Las Vegas) Ron Gross.

Match to be unlimited with winner to be first to 11 wins, draws not counting, time control 10 moves per hour.



At the World Chess Federation (R) World Chess Congress in 2009, the following were formally recognized as the official World Chess Federation "The World Chess Champion" champions.
These 37 "The World Chess Champion" champions have been formally inducted as the 37 official members of the

# World Chess Federation (R) Hall of Fame

(1) Ala'Addin at Tabrizi (aka Aladdin) 1369-1405 (Tamerlane: "You have no rival in the kingdom of chess." Aladdin could play on 4 boards simultaneously blindfold)
(-) unknown 1406-1459
(2) Charles the Bold 1460-1477 (reputation as the best and most skillful chess player of his time)
(3) Franci de Castellvi 1477-1506
(4) Luis Ramirez de Lucena 1506-1530
(5) Pedro Damiano 1530-1544
(-) unknown 1545-1558
(6) Ruy Lopez de Segura 1559-1574
(7) Leonardo di Bona da Cutri 1574-1587
(8) Paolo Boi 1587-1598 (also defeated Lopez de Segura in 1575)
(9) Allesandro Salvio 1598-1620
(10) Gioacchino Greco 1620-1634 defeated Salvio)
(11) Allesandro Salvio 1634-1640
(12) Pietro Carrera 1640-1647 (defeated Gerolamo Cascio who had defeated Polerio who had defeated Lopez de Segura)
(-) unknown 1648-1693
(13) Giovanni Girolamo Saccheri 1694-1733 (could play on 4 boards simultaneously blindfold to perfection)
(14) Legall de Kermeur 1733-1755
(15) Francois Philidor 1755-1795) defeated Legall de Kermeur in match in 1755
(16) Dominico Ercole Del Rio 1795-1802 had reputation as "the devil who could never be beaten"

(17) Verdoni 1802-1804 (Philidor alleged Verdoni was the next best player in Europe after himself)
(18) Johann Allgaier 1802-1823 (aka The German Philidor) won a match for 1500 florins in 1780
(19) Louis Charles Mahe de la Bourdonnais 1823-1836
(20) Jozsef Szen 1836-1839 (aka the Hungarian Philidor) (Szen, after defeating LaBoudonnais 13-12 in an odds match, then challenged LaBourdonnais, putting up $200 francs to play match but LaBourdonnais decided to default)
(21) Karl Mayet 1839-1843 (defeated Szen in match in 1839)
(22) Howard Staunton 1843-1845 (played Saint Amant in 1843 for equivalent of $500 largest prize fund to date at that time)
(23) Charles Saint Amant 1845 (Staunton defaulted on match to take place for equivalent $750 in 1845)
(24) Charles Henry Stanley 1845-1857 (Played Rousseau for $1,000 largest prize fund match in world history, then defeated Turner in 1850 for same amount $$)
(25) Paul Morphy 1857-1884 (defeated Stanley in a match 1857, also defeated in matches Paulsen, Lowenthal, Harrwitz, Anderssen, and De Riviere)
(26) Johannes Zukertort 1884-1886
(27) Wilhelm Steinitz 1886-1894 (aka the Austrian Morphy) (Steinitz challenged Zukertort for World Championship and won in 1886)
(28) Emmanuel Lasker 1894-1921
(29) Jose Raul Capablanca y Graupera 1921-1927 (aka the Cuban Morphy)
(30) Alexander Alekhine 1927-1935
(31) Max Euwe 1935-1937
(32) Alexander Alekhine 1937-1946 ( Alekhine was assassinated by the Soviet NKVD[Pavel Sudoplatov, Nahum Eitingon, Grigory Mairanovsky] upon orders by Stalin (just as Leon Trotsky in Mexico and Yevhen Konovalets the Ukrainian independence leader in Netherlands were-as Alekhine had earlier been sentenced to be shot in 1919; after Alekhine defeated Capablanca and returned triumphantly to Paris he made a speech at the Russian Club where a splendid reception in his honor had him making a toast that the myth of the Bolsheviks being invincible should be dispelled, with the reaction the Soviet state prosecutor Krylenko stated the Soviets would regard him as an enemy to be dealt with, followed by in the fall of 1938 the sentencing to be shot was reinstated-case # 228 against A.A. Alekhine with a new supplement of ten pages) so that Soviet controlled FIDE could illegitimately create a so-called champion through manipulation via fixing the results of a 1948 match tournament scheme-NKVD Colonel B. Vainstein considered a match between Alekhine and Botvinnik to be impossible in principle politically.) In an attempt to cover up the assassination, "The Soviets were anxious to have him (Alekhine) buried in Moscow, but his widow refused", Nathan Divinsky, Chess Encyclopedia, 1990.  Keres and Fine were the legitimate crown princes of chess due to AVRO 1938 but Keres in 1943 several times declined to play Alekhine for the world championship. This left Fine as the sole legitimate WCF World Chess Champion after Alekhine's murder)
(33) Reuben Fine 1946-1951 Defeated Steiner 5-1 in 1947. After winning New York 1948-49, Fine played a match versus World #2 Miguel Najdorf (2756 ELO per Chessmetrics January 1949 list, and remained world #2 through June 1949 per Chessmetrics but Najdorf was not allowed to play in FIDE's so-called 1948 match tournament for their so-called championship) which ended in a draw 4-4. Fine remained #1 World ranked per Chessmetrics  as of December 1950. Fine retired in 1951.
(34) Miguel Najdorf (World co-Champion from 1949-1951 then after Fine retired was sole champion 1951-1952 (Najdorf played Reshevsky in a match for the World Championship of the Free World as per the New York Times in 1952, which he lost , Reshevsky winning 11-7
(35) Samuel Reshevsky 1952-1961 (After winning World Championship of the Free World, Reshevsky won matches versus Gligorich 5.5 to 4.5 in 1952; against Najdorf again 9.5 to 8.5 in 1953 (per Chess metrics Reshevsky remained world #1 through October 1953; defeated Botvinnik 2.5 to 1.5 in 1955, Lombardy 3.5 to 2.5 in 1956, Bisguier 6-4 in 1957 and Don Byrne 7-3 in 1957 and Benko 5.5 to 4.5 in 1960
(36) Bobby Fischer 1961-1994 (Reshevksy failed to complete a tied match against Fischer in 1961. Fischer ranked # 1 by Chessmetrics  from February 1964 as well. defeated Spassky in rematch in 1992 then retired as undefeated champion, in 1994.
(37) Stan Vaughan 1994-present

See the video regarding the World Chess Federation qualifying tournament which was open to everyone in the world held at the Riviera Hotel Casino Las Vegas, Nevada USA to determine the 2012 WCF official challenger here:

www.youtube.com/watch?v=Yax4YvAczpk

World Chess Federation "The World Chess Champion" holders are recognized as holders of these prestigious WCF awards symbolic of their "The World Chess Champion" title:

**(1) The King Philip II of Spain "The Gold Rook necklace of Ruy Lopez"**
**(2) The Louis XV "The Golden Sceptre of Philidor" and**
**(3) The Fischer-King cufflinks**

About **STAN VAUGHAN**, "The World Chess Champion" of World Chess Federation

I was born in Murray, Kentucky in 1956. Being surrounded by historical sites generated a great interest in history and religion. In 1971 I was recognized with an award by Woodmen of the World as the most outstanding student of American history. As a 4-H Senator as well as member of the Kentucky Junior Historical Society, I drafted a legislative bill which was passed by the Kentucky legislature leading to the preservation of historic covered bridges. At the same time I served a community church as a minister.

In 1975 as a high school senior I was introduced to the great game of chess and developed a passion for it. By 1980 I was the gold medal winner representing the United States at the International Student Games and became American Chess Association national champion the same year, which through 2011 I have won 32 times. My rise eclipsed even that of Paul Morphy, "the pride of America", whom learned chess in 1846 and won the American Chess Association national championship eleven years later in 1857 or Bobby Fischer, whom learned chess in 1949 and won the national championship of competing organization USCF nine years later in 1958.

In 1982 I set the world record for number of blindfold simultaneous games played (without any assistance of reference to game score sheets) while serving my country in the army. I have since broken that record and as of 2011 hold the current record which is now 57.

Earlier, I got my Masters in Business Administration and earned a PhD in Accounting. I studied a number of foreign languages and have also since received a PhDs in history and literature. Meanwhile my expertise as a cryptanalyst led to my being noted for having solved two of the most important previously unsolved ciphers in the world: The Shugborough Hall Monument Cipher for which I received an award from the Reform Club for solving, and the Zodiac Serial Killer 340 character cipher. In 1986 I was also National Trivial Pursuit Champion!

In 1988 I set the new world record for the most simultaneous correspondence chess games, playing 1300 games at one time. In 2004 I set the world record for over the board simultaneous games, playing 731 games at one time.
I added to this feat by setting the world blindfold simultaneous games (without any assistance to recourse of games scores being written down) record in 1982, (later breaking my own record upping the record to 57).

In 1988 I won the US National Correspondence Chess Championship of the Chess Connection (TCC) followed by two Mensa World correspondence Chess Championships in 1989 and in 1995. I won the prestigious 3rd, 4th, and 5th World Correspondence Chess Federation Championships, being title holder from 1995-2007

Meanwhile n 1992, FIDE (International Chess Federation) President Florencio Campomanes signed a document to the effect that Robert Fischer continued to be "The World Chess Champion"

Fischer had a competitor to FIDE (International Chess Federation) set up called the World Chess Federation, which owns the worldwide rights to the name World Chess Federation and the worldwide rights to "The World Chess Championship"

Fischer confirmed the title "The World Chess Champion" by defeating Boris Spassky in 1992.

Fischer retired, undefeated and declined to defend the title in 1994, at which time as the challenger and American Chess Association champion titleholder, I became WCF champion and defended the title successfully in 1996, 1998, 2000, 2002, 2004, 2006, 2008 (also that year Garry Kasparov through his

Case: 4:12-cv-00089-CEJ   Doc. #:  1-7   Filed: 01/17/12   Page: 6 of 7 PageID #: 102

worldwide agent Owen William declined in writing on October 29, 2008 to challenge me for the WCF "The World Chess Champion" title in a WCF sanctioned proposed match) and most recently 2010 retaining the title "The World Chess Champion" when challenger Varuzhan Akobian defaulted rather than violate terms of a non compete contract with FIDE which committed him to playing for a "FIDE organization championship and in which contained a provision prohibiting his competing for the world title which is owned by World Chess Federation. Las Vegas mayors have proclaimed 'Stan Vaughan Days' numerous times in recognizing these achievements as well as those as a chess coach, having coached numerous individual and team scholastic chess champions during the 1980's and 1990's. I am currently scheduled to defend the WCF "The World Chess Champion" title in 2012 against Ron Gross, winner of the Candidates Tournament held in 2010 at the Riviera Hotel Casino in Las Vegas, pending receiving any legitimate challenge for the title in the interim to defend against.

I am the author of the award winning **"Paul Morphy, Confederate Spy"** available from www.henschelhausbooks.com

This book is the culmination of forty years of historical research on World Chess Champion Paul Morphy as well as simultaneously offering intricate insights from a unique perspective on the War Between the States. In the field of literature I have also written other best selling books as well.



World Chess Federation, Inc
The World Chess Championship

2533 East Palmera Drive
Las Vegas, Nevada 89121-4021

StanVaughan@WCFchess.com

StanVaughan@live.com

www.StanVaughan.com

Order from www.henschelhausbooks.com  OR  go to www.StanVaughan.com

```
I got a copy of your book about Morphy,I enjoyed reading it,
very well researched and interesting... thanks
Juan Jauregui
```



American Chess Association is the American affiliate of the World Chess Federation and can be contacted through the WCF address. Chess clubs and organizers are encouraged to contact ACA to create affiliates. Or contact ACA simply to become a member eligible to participate in ACA rated events.  ACA publishes American Chess Monthly, available to subscribers

**IMPORTANT NOTICES !!**

World Correspondence Chess Federation  is a subsidiary of WCF founded in 1988 to serve correspondence chess enthusiasts. Please note a website infringing on WCCF name and WCF reserved rights  is not authorized by World Chess Federation, Inc. Playing chess by online email is not authorized by legitimate WCCF rules and regulations which require WCCF tournaments to be played by traditional   via postal correspondence.

Case: 4:12-cv-00089-CEJ   Doc. #: 1-7   Filed: 01/17/12   Page: 7 of 7 PageID #: 103

Please note also a competing organization (FIDE) continues to attempt to infringe on WCF worldwide reserved rights to World Chess Federation trade name in violation of international law and the 2002 Madrid Agreement regarding international trademarks Please note official documnetations of WCF's rights affirmed to World Chess Federation trade name and to the service mark "The World Chess Championship" are shown within these pages, which infringing party FIDE can not show any such said reserved rights to either.

All rights reserved

Powered by
Microsoft Office Live | Create a free website