UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WORLD CHESS MUSEUM, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:12-CV-89 (CEJ) ) |
| WORLD CHESS FEDERATION, INC., et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed herewith this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is **dismissed** for lack of personal jurisdiction.

The plaintiff shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2013.